IN THE COURT OF APPEALS FOR
THE FOURTH DISTRICT OF TEXAS
SITTING AT SAN ANTONIO

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
02/10/2015 8:28:48 AM
KEITH E. HOTTLE
Clerk

IN THE ESTATE OF CONSUELA PERKINS ULBRICH

On appeal from Probate Court No. One, Bexar County, Texas
Trial Court Cause No. 2011-PC-0686
Honorable Polly Jackson Spencer, presiding

APPELLANT'S APPENDIX

Respectfully submitted,

/s/ Philip M. Ross
Philip M. Ross
State Bar No. 17304200
1006 Holbrook Road
San Antonio, Texas 78218
Phone: 210/326-2100
Email: ross_law@hotmail.com

ORAL ARGUMENT REQUESTED

ATTORNEY FOR APPELLANT
DOUGLAS J. ULBRICH

TABLE OF CONTENTS

TAB 1      DOCKET SHEET

TAB 2      TRIAL COURT ORDER

TAB 3      NOTICE OF APPEAL

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been e-filed and served on February 10, 2015 by email pursuant to agreement to Kristine Arlitt and William Bailey.

/s/ Philip M. Ross
Philip M. Ross

# TAB 1

# DOCKET SHEET

C L E R K ' S   R E C O R D

VOLUME ___1___ of ___1___

Trial Court Cause No. 2011PC0686
In the Probate Court #1

of Bexar County, Texas,

Honorable POLLY JACKSON SPENCER, Judge Presiding,

---

IN THE ESTATE OF

CONSUELLA PERKINS ULBRICH,

DECEASED

Appealed to the FOURTH Court of Appeals

For the Judicial District of Texas, at San Antonio, Texas

---

Attorney for Appellant (s:)
Name                PHILIP M. ROSS
Address             1006 HOLBROOK ROAD
                    SAN ANTONIO, TX 78218
Telephone No.       (210) 326-2100
Fax no.             N/A

Delivered to the Fourth Court of Appeals
    for the Judicial District of Texas, at San Antonio, Texas
            on the 11TH day of DECEMBER, 2014

Signature of clerk _____
Name of clerk  DANIEL CEDAR _____
Title ___APPEALS CLERK_____

---

Appellate Court Cause No. _____

Filed in the FOURTH Court of Appeals
for the Judicial District of Texas, at San Antonio, Texas
this____ day of _____, 20____.

_____, Clerk
By _____, Deputy

1

---

# * D O C K E T   I N F O R M A T I O N *

CAUSE NUM: 2011PC0686

DATE FILED: 03/04/2011        COURT: 001        UNPAID BALANCE:      0.00

TYPE OF DOCKET: TEMPORARY ADMINISTRA

## * * * S T Y L E * * *

CONSUELLA PERKINS ULBRICH, DECEASED

VS

ACCESS: 0          STATUS: PENDING          DATE OF DEATH: 08/22/2010

## * L I T I G A N T   I N F O R M A T I O N *

| SEQ | LAST /FIRST /MIDDLE NAME | LIT. TYPE/ATTORNEY | DATE |
|---|---|---|---|
| 00001 | ULBRICH CONSUELLA PERKINS | DECEASED | 03/04/2011 |
| 00002 | HOPE ROBERT T. | OTHER | 03/04/2011 |
| | | 00001 ARLITT, KRISTINE | |
| 00003 | WILSON DARLENE | PLAINTIFF | 03/04/2011 |
| | | 00001 ARLITT, KRISTINE | |
| 00004 | BYRD DEBORAH | PLAINTIFF | 03/04/2011 |
| | | 00001 ARLITT, KRISTINE | |
| 00005 | BAILEY WILLIAM D. | ADMINISTRATR/X | 07/06/2011 |
| | | 00002 BAILEY, WILLIAM D | |
| 00006 | HOPE ROBERT | PLAINTIFF | 06/27/2012 |
| 00007 | ULBRICH DOUGHLAS | DEFENDANT | 06/27/2012 |

## * S E R V I C E S   I N F O R M A T I O N *

| SEQ | SERVICE TYPE / DATES | DIST | LITIGANT NAME |
|---|---|---|---|
| 00001 | LETTERS OF TEMPORARY ADMI | 4 | BAILEY WILLIAM |
| | ISS: 07/06/2011  REC: | EXE: | RET: |
| 00002 | ADVERSE CITATION BY PRIVA | 3 | BAILEY WILLIAM |
| | ISS: 06/27/2012  REC: | EXE: | RET: |
| 00003 | ADVERSE CITATION BY PRIVA | 3 | ULBRICH DOUGHLAS |
| | ISS: 06/27/2012  REC: 07/03/2012  EXE: 07/27/2012  RET: 07/27/2012 | | |
| 00004 | NOT OF APPLN/SALE OF REAL | 186 | ULBRICH CONSUELLA |
| | ISS: 07/16/2014  REC: 07/16/2014  EXE: 07/16/2014  RET: 07/16/2014 | | |
| 00005 | NOT OF APPLN/SALE OF REAL | 186 | ULBRICH CONSUELLA |
| | ISS: 07/16/2014  REC: 07/16/2014  EXE: 07/16/2014  RET: 07/16/2014 | | |
| 00006 | NOT OF APPLN/SALE OF REAL | 186 | ULBRICH CONSUELLA |
| | ISS: 07/16/2014  REC: 07/16/2014  EXE: 07/16/2014  RET: 07/16/2014 | | |

## * A T T O R N E Y   I N F O R M A T I O N *

2

| SEQ | DATE FILED | BAR NBR. | NAME | STATUS | DATE |
|-----|-----------|----------|------|--------|------|
| 00001 | 03/04/2011 | 24034117 | ARLITT, KRISTINE | SELECTED | 04/01/2011 |
| 00002 | 06/21/2011 | 01539000 | BAILEY, WILLIAM D | SELECTED | 07/06/2011 |
| 00003 | 04/23/2014 | 17304200 | ROSS, PHILIP M | SELECTED | 04/23/2014 |
| 00004 | 06/02/2014 | 24043614 | CRIST, WILLIAM D | SELECTED | 06/03/2014 |

# PROCEEDING   INFORMATION#

| SEQ | DATE FILED | VOLUME | PAGE | PAGE COUNT |
|-----|-----------|--------|------|------------|
| 00001 | 03/04/2011 | 2059 | 0063 | 0026 |

DESC: APPLICATION FOR DETERMINATION

| 00002 | 03/04/2011 | 2059 | 0089 | 0003 |

DESC: RECEIPT

| 00003 | 03/04/2011 | 2059 | 0092 | 0002 |

DESC: CITATION

    EXECUTED 11/03/10

| 00004 | 03/04/2011 | 2059 | 0094 | 0001 |

DESC:

    APPEARANCE OF ATTY - ERIC J. BARNETT

| 00005 | 03/04/2011 | 2059 | 0095 | 0003 |

DESC: CIT BY PUBLICATION

    EXECUTED 11/23/10

| 00006 | 03/04/2011 | 2059 | 0098 | 0008 |

DESC: APPL. FOR ADMINISTRATION

    (DEPENDENT)

| 00007 | 03/04/2011 | 2059 | 0106 | 0002 |

DESC: CITATION

    ON APPL FOR LTRS OF ADMINISTRATION

| 00008 | 03/04/2011 | 2059 | 0108 | 0002 |

DESC: ORDER APPOINTING ATTY AD LITEM

    RUSSELL DELK FOR UNKNOWN HEIRS

| 00009 | 03/04/2011 | 2059 | 0110 | 0002 |

DESC: CONTEST ADMINISTRATION

| 00010 | 03/04/2011 | 2059 | 0112 | 0003 |

DESC: APPL. FOR ADMINISTRATION

| 00011 | 03/04/2011 | 2059 | 0117 | 0002 |

DESC: COURT CORRESPONDENCE

    LTR FROM KRISTINE ARLITT TO MS. SANCHEZ

| 00012 | 03/04/2011 | 2059 | 0119 | 0002 |

DESC:

    ABSTRACT FOR APPL. FOR PROBATE ACTION

| 00013 | 03/04/2011 | 2059 | 0121 | 0002 |

DESC: CITATION

| 00014 | 03/04/2011 | 2059 | 0123 | 0001 |

DESC: RECEIPT

    (COPY)

| 00015 | 03/04/2011 | 2059 | 0124 | 0002 |

DESC: CIT BY PUBLICATION

| 00016 | 03/04/2011 | 2059 | 0126 | 0002 |

DESC: CIT BY PUBLICATION

    (COPY)

.

3

---

00017      03/04/2011          2059      0128      0002
           DESC:
                   FAX FR KRISTINE ARLITT TO VIVIAN TORRES

00018      03/04/2011          2059      0131      0002
           DESC: COURT CORRESPONDENCE
                   LTR FROM KRISTINE ARLITT TO MS SANCHEZ

00019      03/04/2011          2059      0133      0001
           DESC: RECEIPT
                   (COPY)

00020      03/04/2011          2059      0134      0002
           DESC: CITATION

00021      03/04/2011          2059      0136      0001
           DESC: COURT CORRESPONDENCE
                   LTR FROM MEDINA CO. TO ATTORNEY'S

00022      03/04/2011          2059      0137      0001
           DESC: COURT CORRESPONDENCE
                   LTR FROM MEDINA CO. TO ATTORNEY'S

00023      03/04/2011          2059      0138      0002
           DESC:
                   RECORDING LOG

00024      03/04/2011          2059      0140      0004
           DESC: COURT CORRESPONDENCE
                   FAX KRISTINE ARLITT TO VIVIAN TORRES

00025      03/04/2011          2059      0115      0002
           DESC: ORDER TRANSFERRING
                   TO BEXAR COUNTY

00026      03/04/2011          2059      0144      0002
           DESC: COURT CORRESPONDENCE
                   LTR FROM KRISTINE ARLITT TO JUDGE TORRES

00027      03/04/2011          2059      0146      0002
           DESC:
                   FAX FROM KRISTINE ARLITT TO ERIC BARNETT
                   EXHIBIT A

00028      03/04/2011          2059      0148      0003
           DESC: COURT CORRESPONDENCE
                   LTR FROM ERIC J. BARNETT TO KRISTINE
                   ARLITT EXHIBIT B

00029      03/04/2011          2059      0151      0002
           DESC:
                   FAX FROM KRISTINE ARLITT TO MR. BARNETT
                   EXHIBIT C

00030      03/04/2011          2059      0153      0002
           DESC:
                   FAX FROM KRISTINE ARLITT TO MR. BARNETT
                   EXHIBIT D

00031      03/04/2011          2059      0155      0002
           DESC: COURT CORRESPONDENCE
                   LTR FROM ERIC J. BARNETT TO MS ARLITT
                   EXHIBIT E

00032      03/04/2011          2059      0157      0002
           DESC: ORDER TRANSFERRING
                   TO BEXAR COUNTY EXHIBIT F

4

---

| 00033 | 03/04/2011 | 2059 | 0159 | 0002 |

DESC: ORDER TRANSFERRING

TO BEXAR COUNTY EXHIBIT G

| 00034 | 03/04/2011 | 2059 | 0161 | 0004 |

DESC:

CERTIFIED COPY OF DOCKET SHEET

| 00035 | 04/27/2011 | 2061 | 3456 | 0005 |

DESC: APPL. FOR TEMPORARY ADMINISTRA

| 00038 | 05/11/2011 | 2062 | 1155 | 0001 |

DESC: NOTICE

OF HEARING

| 00039 | 05/24/2011 | 2062 | 7316 | 0001 |

DESC: MOTION TO SUBSTITUTE ATTORNEYS

| 00045 | 07/05/2011 | 2065 | 3335 | 0001 |

DESC:              GENERAL

| 00041 | 07/06/2011 | 2065 | 3332 | 0003 |

DESC: BOND

| 00042 | 07/06/2011 | 2065 | 3336 | 0001 |

DESC: OATH

WILLIAM D. BAILEY

| 00043 | 07/06/2011 | 2065 | 3314 | 0002 |

DESC: PROOF OF DEATH AND OTHER FACTS

| 00044 | 07/06/2011 | 0000 | 0000 | 0000 |

DESC:              GENERAL

| 00046 | 07/06/2011 | 2065 | 3337 | 0001 |

DESC: COURT INST TO GUARD OF PERSON

| 00047 | 08/08/2011 | 2067 | 4357 | 0001 |

DESC: NOTICE TO CREDITORS

| 00048 | 09/30/2011 | 2070 | 4918 | 0001 |

DESC: APPL. FOR EXT OF TIME TO FILE

| 00049 | 10/17/2011 | 2071 | 2226 | 0003 |

DESC: MOTION FOR WITHDRAWAL OF ATTOR

| 00050 | 10/21/2011 | 2071 | 6956 | 0002 |

DESC: NOTICE

OF APPEARANCE OF CO-COUNSEL

| 00051 | 12/06/2011 | 2074 | 5377 | 0003 |

DESC: NOTICE

OF SUBSTITUTION OF COUNSEL

| 00052 | 01/05/2012 | 2075 | 8328 | 0001 |

DESC: APPL. FOR EXT OF TIME TO FILE

SECON

| 00053 | 01/09/2012 | 2076 | 3117 | 0003 |

DESC: NOTICE

OF VOLUNTARY DESIGNATION OF HOMESTEAD

| 00055 | 01/17/2012 | 2076 | 3813 | 0038 |

DESC: APPL. TO

SET ASIDE EXEMPT PROPERTY AND VERIFIED

AFFIDAVIT

| 00056 | 01/17/2012 | 2072 | 8755 | 0016 |

DESC: BRIEF

IN SUPPORT OF APPLICATION TO SET ASIDE

SURVIVING SPOUSE'S EXEMPT PROPERTY

5

---

00057      02/03/2012      2077      8291      0080
DESC: RESPONSE
    AND OBJECTION TO APPLICATION AND
    VERIFIED AFFIDAVIT OF DOUGLAS J. ULBRICH
    SURVIVING SPOUSE,TO SET A SIDE EXEMPT
    PROPERTY INCLUDING HOMESTEAD AND SEPAR-
    ATE PROBPERTY PURSUANT TO TX PROBATE
    CODE SECT.271;MOTION FOR FINDING OF PER-
    JURY;AND MOTION FOR SANCTIONS

00060      02/14/2012      2079      2800      0002
DESC: MOTION TO SET HEARING
    ON APPLICATION AND VERIFIED AFFIDAVIT
    OF DOUGLAS J. ULBRICH, SURVIVING SPOUSE,
    TO SET ASIDE EXEMPT PROPERTY INCLUDING
    HOMESTEAD AND SEPARATE PROPERTY PURSUANT
    TO TX PROBATE CODE SECTION 271

00058      02/17/2012      2078      4967      0002
DESC: AMENDED
    MOTION TO SET A HEARING ON APPLICATION
    AND VERIFIED AFFIDAVIT OF DOUGLAS J.
    ULBRICH,SURVIVING SPOUSE, TO SET ASIDE
    EXEMPT PROPERTY INCLUDING HOMESTEAD AND
    SEPARATE PROPERTY PURSUANT TO TX PROBATE
    CODE SECTION 271

00063      03/12/2012      2079      9481      0031
DESC: AMENDED
    BRIEF IN SUPPORT OF APPLICATION
    TO SET ASIDE SURVIVING SPOUSE'S
    EXEMPT PROPERTY

00064      03/12/2012      2079      9512      0004
DESC: MOTION TO
    RECONSIDER ENTRY OF PARTIAL ORDER
    AND TO ENTER FINAL ORDER ON APPLICATION
    AND VERIFIED AFFIDAVIT OF DOUGLAS J.
    ULBRICH, SURVIVING SPOUSE, TO SET
    ASIDE EXEMPT PROPERTY INCLUDING
    HOMESTEAD AND SEPARATE PROPERTY
    PURSUANT TO TEXAS PROBATE CODE SECTION
    271

00065      03/12/2012      2079      9516      0016
DESC: SUPPLEMENTAL
    APPLICATION AND VERIFIED AFFIDAVIT OF
    DOUGLAS J. ULBRICH, SURVIVING SPOUSE, TO
    SET ASIDE EXEMPT PROPERTY INCLUDING
    HOMESTEAD AND SEPARATE PROPERTY
    PURSUANT TO TEXAS PROBATE CODE
    SECTION 271(B)

00072      03/12/2012      2079      9469      0002
DESC: JURY DEMAND

00062      03/13/2012      2079      9471      0010
DESC: RESPONSE
    AND OBJECTION TO RE-RECONSIDERATION

6

_____

OF THE COURTS ORDER FINDING THAT 39399
STARHILL, SAN ANTONIO, TEXAS, WAS
DECENDENT'S HOMESTEAD AT TIME OF DEATH,
AND, APPLICATION AND VERIFIED AFFIDAVIT
OF DOUGLAS J.ULBRICH, SURVIVING
SPOUSE, TO SET ASIDE EXEMPT PROPERTY
INCLUDING HOMESTEAD AND SEPERATE
PROPERTY PURSUANT TO TEXAS PROBATE

00066   03/20/2012        2080    2103      0003
DESC: SUBPOENA
        CUSTODIAN OF RECORDS;BURKE TAX SERVICE

00068   03/22/2012        2080    4403      0006
DESC: AMENDED APPLN FOR
        AND VERIFIED AFFIDAVIT OF DOUGLAS J.
        ULBRICH, SURVIVING SPOUSE, TO SET ASIDE
        EXEMPT PROPERTY INCLUDING HOMESTEAS AND
        PERSONAL PROPERTY

00069   04/02/2012        2081    4240      0016
DESC: INVENTORY

00070   04/13/2012        2082    2906      0013
DESC: RESPONSE
        AND OBJECTION TO TEMPORARY ADMINISTATORS
        INVENTORY APPRAISEMENT AND LIST OF CLAIM

00071   04/20/2012        2082    7456      0002
DESC: JURY DEMAND

00073   06/07/2012        2085    9250      0002
DESC: CERTIFICATE
        OF WRITTEN DISCOVERY

00074   06/27/2012        2086    9517      0010
DESC: PLAINTIFF'S ORIGINAL PETITION
        TO PARTITION

00075   07/05/2012        2087    4750      0001
DESC: APPL. FOR
        EXTENSION  TO FILE ANNUAL ACCOUNT

00076   07/17/2012        2087    9968      0008
DESC: MOTION TO
        COMPEL DISCOVERY AND FOR SANCTIONS

00077   07/17/2012        2087    9968      0003
DESC: MOTION TO
        LIQUIDATE ASSETS OF THE ESTATE OF
        CONSUELA PERKINS ULBRICH, DECEASED

00078   07/17/2012        2088    2855      0003
DESC: PLAINTIFF'S
        MOTION FOR SUBSTITUTED SERVICE

00080   07/24/2012        2088    6682      0003
DESC: SUBPOENA

00079   07/26/2012        2087    9971      0004
DESC: REQUEST FOR
        STATUS CONFERENCE AND IDENTIFICATION OF
        QUESTIONS TO BE PRESENTED TO JURY (HEIRS
        ')

00084   07/27/2012        2089    4465      0001
DESC: PERSONAL CITATION

7

---

SERVED TO DOUGLAS ULBRICH ON 7/27/2012

00085     07/30/2012        2089     4466        0002
DESC:
          AFFIRMATIVE DEFENSES: CLAIMS OF
          RES JUDICATA AND COLLATERAL ESTOPPEL

00086     07/30/2012        2089     4468        0008
DESC: ORIGINAL ANSWER
          OF DOUGLAS J. ULBRICH, SURVIVING SPOUSE,
          TO PLAINTIFF'S ORIGINAL PETITION TO
          PARTITION

00087     07/31/2012        2089     4476        0006
DESC: MEMORANDUM
          OF LAW
          FINAL, APPEALABLE ORDERS IN PROBATE
          PROCEEDINGS AND:
          AFFIRMATIVE DEFENSES: CLAIMS OF RES
          JUDICATA AND COLLATERAL ESTOPPEL
          WITH AUTHORITIES J

00088     07/31/2012        2089     4482        0009
DESC: RESPONSE
          TO MOTION TO COMPEL DISCOVERY AND FOR
          SANCTIONS (DOUGLAS J. ULBRICH)

00089     07/31/2012        2089     4491        0004
DESC: RESPONSE
          TO MOTION TO LIQUIDATE ASSETS OF THE
          ESTATE OF CONSUELLA PERKINS ULBRICH,
          DECEASED

00093     07/31/2012        2089     4493        0002
DESC: RESPONSE
          TO HEIRS' REQUEST FOR STATUS CONFERENCE
          AND
          IDENTIFICATION OF QUESTIONS TO BE
          PRESENTED TO THE JURY

00083     08/03/2012        2089     1099        0002
DESC: NOTICE
          OF WITHDRAWAL OF OPPOSITION TO TEMPORARY
          ADMINISTRATOR'S INVENTORY

00090     08/06/2012        2089     4495        0005
DESC: MOTION TO
          ENTER ORDER ON MOTION TO RECONSIDER
          ENTRY OF PARTIAL ORDER AND TO ENTER
          FINAL ORDER ON APPLICATION AND VERIFIED
          AFFIDAVIT OF DOUGLAS J. ULBRICH,
          SURVIVING SPOUSE, TO SET ASIDE EXEMPT
          PROPERTY INCLUDING HOMESTEAD AND
          SEPARATE PROPERTY PURSUANT TO TEXAS
          PROBATE CODE, SECTION 271

00091     08/08/2012        2089     4508        0005
DESC: RESPONSE
          TO MOTION TO HAVE AFFIRMATIVE DEFENSES
          OF RES JUDICATA AND COLLATERAL ESTOPPEL
          RULED UPON BY THIS HONORABLE COURT

8

---

| 00081 | 08/10/2012 | 2089 | 1094 | 0005 |

DESC: MOTION TO

HAVE AFFIRMATIVE DEFENSES OF RES
JUDICATA AND COLLATERAL ESTOPPEL RULED
UPON BY THIS HONORABLE COURT

| 00092 | 08/10/2012 | 2089 | 4505 | 0007 |

DESC: MEMORANDUM

OF LAW
RE ATTORNEY'S FEES AS SANCTIONS FOR
FRIVOLOUS APPEAL
WITH AUTHORITIES

| 00103 | 08/10/2012 | 2093 | 6269 | 0002 |

DESC: NOTICE

OF APPEAL

| 00104 | 08/10/2012 | 2093 | 6271 | 0003 |

DESC: MOTION TO

SUSPEND ENFORCEMENT

| 00102 | 08/13/2012 | 2093 | 6250 | 0019 |

DESC: MOTION TO

RECONSIDER ENTRY OF ORDER AWARDING
EXEMPT PROPERTY

| 00099 | 08/20/2012 | 2093 | 6219 | 0010 |

DESC: RESPONSE

AND OBJECTION TO ULBRICH'S MOTION TO
SUSPEND ENFORCEMENT AND MOTION FOR
SANCTIONS

| 00100 | 08/20/2012 | 2093 | 6229 | 0011 |

DESC: MOTION TO

ENFORCE ORDER DATED AUGUST 10,2012 AND
MOTION FOR SANCTIONS

| 00101 | 08/20/2012 | 2093 | 6240 | 0001 |

DESC: RESPONSE

AND OBJECTION TO ULBRICH'S MOTION FOR
RECONSIDERATION OF ORDER DATED AUGUST 10
2012 AND MOTION FOR SANCTIONS

| 00111 | 08/20/2012 | 2093 | 4683 | 0001 |

DESC: COURT CORRESPONDENCE

FROM FOURTH COURT OF APPEALS

| 00112 | 08/21/2012 | 2093 | 4684 | 0007 |

DESC: STATEMENT

| 00095 | 08/23/2012 | 2091 | 8857 | 0007 |

DESC: SUPPLEMENTAL

RESPONSE AND OBJECTION TO ULBRICH'S
MOTION FOR RECONSIDERATION OF ORDER
DATED AUGUST 10, 2012 AND MOTION FOR
SANCTIONS

| 00096 | 08/23/2012 | 2093 | 6208 | 0003 |

DESC: RESPONSE

TO MOTION TO ENFORCE ORDER DATED AUGUST
10, 2012 AND RESPONSE TO MOTION FOR
SANCTIONS

| 00097 | 08/23/2012 | 2093 | 6211 | 0003 |

DESC:

9

REPLY TO RESPONSE AND OBJECTION TO

ULBRICH'S MOTION FOR RECONSIDERATION OF

ORDER DATED AUGUST 10, 2012 AND RESPONSE

TO MOTION FOR SANCTIONS

00098     08/23/2012          2093     6214       0005

DESC:

REPLY TO RESPONSE AND OBJECTION TO

ULBRICH'S MOTION TO SUSPEND ENFORCEMENT

AND RESPONSE TO MOTION FOR SANCTIONS

00109     08/23/2012          2093     6208       0003

DESC: RESPONSE

TO MOTION TO ENFORCE ORDER DATED AUG.10,

2012 AND RESPONSE TO MOTION FOR SANCTION

00105     08/24/2012          2093     4302       0003

DESC: REQUEST FOR

FINDINGS OF FACT AND CONCLUSIONS OF LAW

00106     08/24/2012          2093     4385       0003

DESC: AMENDED

NOTICE OF APPEAL

00114     08/27/2012          2094     6555       0002

DESC: COURT CORRESPONDENCE

LETTER FROM 4TH COURT OF APPEALS

DENYING APPELLANT'S MOTION FOR EMERGENCY

RELIEF

00116     08/27/2012          2094     6559       0001

DESC: COURT CORRESPONDENCE

LTTR FROM FOURTH COURT OF APPEALS -

APPELLANT'S DOCKETING STATEMENT HAS BEEN

FILED

00115     08/29/2012          2094     6558       0001

DESC: COURT CORRESPONDENCE

LTTR FROM FOURTH COURT OF APPEALS -

APPELLANT'S AMENDED NOTICE OF APPEAL HAS

BEEN RECEIVED AND FILED

00119     09/05/2012          2093     6900       0001

DESC: APPL. FOR EXT OF TIME TO FILE

SECOND

00107     09/07/2012          2093     8151       0004

DESC: MOTION FOR

LEAVE TO FILE AND SET HEARING ON MOTION

TO DETERMINE THE AMOUNT OF DEPOSIT

00108     09/07/2012          2093     8728       0004

DESC: MOTION TO

DETERMINE THE AMOUNT OF DEPOSIT

00113     09/14/2012          2094     4547       0002

DESC: APPL. FOR

FINDINGS OF FACTS AND CONCLUSIONS OF LAW

00120     09/20/2012          2095     0648       0001

DESC:

LETTER FROM COURT OF APPEALS TO COUNTY

CLERK

00118     09/21/2012          2095     0646       0001

DESC:

10

LETTER FROM COURT OF APPEALS TO GERARD

RICKHOFF

00119    09/21/2012        2095      8647       0001

DESC:

LETTER FROM COURT OF APPEALS TO COUNTY

CLERK

00117    09/24/2012        2095      0440       0089

DESC:

FORMAL BILL OF EXCEPTIONS

00137    09/24/2012        2096      8395       0014

DESC: DESIGNATION

OF RECORD ON APPEALS

00122    09/28/2012        2095      3482       0001

DESC: COURT CORRESPONDENCE

FROM FOUTH COURT APPEALS

00121    10/03/2012        2095      7521       0001

DESC: COURT CORRESPONDENCE

FOURTH COURT OF APPEALS

00127    10/03/2012        2096      2548       0004

DESC: MOTION FOR

LEAVE TO FILE AND SET HEARING ON FORMAL

BILL OF EXCEPTIONS AND SUPPLEMENT TO

FORMAL BILL OF EXCEPTIONS

00129    10/03/2012        2096      2552       0008

DESC: SUPPLEMENTAL

FORMAL BILL OF EXCEPTIONS

00124    10/04/2012        2095      9446       0004

DESC: MOTION FOR

COURT ORDERED SIGNATURES ON VEHICLE

TITLES AND DELIVERY OF TITLE TO CADILLAC

AND MOTIONS FOR SANCTIONS

00125    10/04/2012        2095      9451       0002

DESC: MOTION FOR

COURT ORDER DESIGNATING LOCATION FOR

SERVIE ON PHIL ROSS, ATTY FOR DOUGLAS

ULBRICH

00131    10/09/2012        2096      3470       0003

DESC: RESPONSE

TO MOTION FOR COURT ORDER DESIGNATING

LOCATION FOR SERVICE ON PHIL ROSS

00132    10/09/2012        2096      3473       0004

DESC: RESPONSE

TO MOTION FOR COURT ORDERED SIGNATURES

ON VEHICLE TITLES AND DELIVERY OF TITLE

AND RESPONSE TO MOTION FOR SANCTIONS

00133    10/09/2012        2096      3477       0004

DESC: MOTION TO SET HEARING

00135    10/09/2012        2096      3481       0003

DESC: MOTION TO

RESET HEARING

00138    10/11/2012        2096      8415       0001

DESC: COURT CORRESPONDENCE

11

---

          FOURTH COURT OF APPEALS

00139    10/29/2012        2097    1312     0001

    DESC: COURT CORRESPONDENCE

          FOURTH COURT OF APPEALS

00140    11/08/2012        2097    8651     0001

    DESC: APPL. FOR

          EXTENSION TO FILE FIRST ANNUAL ACCOUNT

          (THIRD)

00141    11/29/2012        2099    1638     0001

    DESC: COURT CORRESPONDENCE

          FOURTH COURT OF APPEALS

00142    12/05/2012        2099    4989     0002

    DESC: COURT CORRESPONDENCE

          COURT OF APPEALS

00143    12/06/2012        2099    4991     0001

    DESC: COURT CORRESPONDENCE

          COURT OF APPEALS

00144    12/06/2012        2099    4992     0003

    DESC: COURT CORRESPONDENCE

          COURT OF APPEALS

00145    12/27/2012        2100    5705     0001

    DESC: COURT CORRESPONDENCE

          FOURTH COURT OF APPEALS

00146    12/27/2012        2100    5706     0001

    DESC: COURT CORRESPONDENCE

          FOURTH COURT OF APPEALS

00147    12/27/2012        2100    5707     0001

    DESC: COURT CORRESPONDENCE

          COURT OF APPEALS

00150    12/28/2012        2100    6736     0002

    DESC: COURT CORRESPONDENCE

          COURT OF APPEALS

          TO: PHILIP M ROSS FR: ELIZABETH MONTOYA

00148    12/31/2012        2100    6733     0001

    DESC: COURT CORRESPONDENCE

          COURT OF APPEALS

00149    01/14/2013        2100    6734     0002

    DESC: RECEIPT & RELEASE

00151    01/22/2013        2101    8694     0001

    DESC: COURT CORRESPONDENCE

          TO:PHILLIP M ROSS FR:ELIZABETH

          MONTOYA___COURT OF APPEALS

00152    01/29/2013        2102    3442     0001

    DESC: COURT CORRESPONDENCE

          COURT OF APPEALS FR:KEITH E HOTTLE

00153    01/29/2013        2102    3443     0001

    DESC: COURT CORRESPONDENCE

          COURT OF APPEALS FR:KEITH E HOTTLE

00154    02/01/2013        2102    5954     0001

    DESC: COURT CORRESPONDENCE

          COURT OF APPEALS-EXT OF TIME TO FILE

          BRIEF

00157    02/14/2013        2103    5887    0001
         DESC: COURT CORRESPONDENCE
                COURT OF APPEALS
00158    02/20/2013        2104    1182    0001
         DESC: COURT CORRESPONDENCE
                FROM COURT OF APPEALS
00155    02/26/2013        2104    2628    0002
         DESC: COURT CORRESPONDENCE
                COURT OF APPEALS
00156    03/04/2013        2104    4828    0001
         DESC: APPLICATION FOR EXTENSION TO F
                FIRST AND FINAL
00159    04/04/2013        2106    8176    0001
         DESC: COURT CORRESPONDENCE
                APPELLEE'S BRIEF
00168    04/15/2013        2107    1653    0003
         DESC: ANNUAL ACCOUNT
                FIRST
00161    04/22/2013        2107    9868    0001
         DESC: COURT CORRESPONDENCE
                FOURTH COURT OF APPEALS
00162    07/05/2013        2112    6455    0001
         DESC: APPLICATION FOR EXTENSION TO F
                SECOND
00163    08/16/2013        2116    3558    0003
         DESC: COURT CORRESPONDENCE
                FOUTH COURT OF APPEALS
00167    08/23/2013        2116    2841    0001
         DESC: COURT CORRESPONDENCE
                LETTER TO 4TH COURT OF APPEALS
00166    08/29/2013        2116    8462    0001
         DESC: COURT CORRESPONDENCE
                COURT OF APPEALS TO PHILIP M. ROSS,
                KRISTINE ARLITT
                APPELLANT'S INFO
00164    08/30/2013        2116    8460    0001
         DESC: COURT CORRESPONDENCE
                COURT OF APPEALS TO PHILIP M. ROSS,
                KRISTINE ARLITT
                SUPPLEMENTAL RECORD
00165    08/30/2013        2116    8461    0001
         DESC: COURT CORRESPONDENCE
                COURT OF APPEALS TO PHILIP M. ROSS,
                KRISTINE ARLITT
                SECOND SUPPLEMENTAL RECORD
00168    09/09/2013        2117    4308    0004
         DESC: ANNUAL ACCOUNT
                SECOND
00169    09/20/2013        2118    3752    0001
         DESC:
                COURT OF APPEALS(VACATION LETTER)
00170    09/23/2013        2118    4238    0007
         DESC: MOTION FOR

13

REHEARING

00171    10/01/2013        2118    9853      0001
DESC:
         COURT OF APPEALS--MOTION FOR REHEARING

00172    10/03/2013        2119    3881      0001
DESC:
         COURT OF APPEALS--VACATION LETTER FOR
         KRISTINE ARLITT

00173    10/07/2013        2119    5219      0002
DESC: COURT CORRESPONDENCE
         COURT OF APPEALS TO PHILIP M. ROSS AND
         KRISTINE ARLITT

00174    10/09/2013        2119    7462      0007
DESC: MOTION FOR
         REHEARING EN BANC

00175    10/14/2013        2120    0929      0001
DESC:
         COURT OF APPEALS:REHEARING EN BANC

00176    10/14/2013        2120    0930      0001
DESC: WAIVER
         CHUN MEI LEE CONNOR

00177    10/17/2013        2120    1802      0001
DESC:
         COURT OF APPEALS--VACATION LETTER

00178    10/31/2013        2121    3086      0002
DESC:
         COURT OF APPEALS

00179    11/13/2013        2122    0468      0002
DESC: COURT CORRESPONDENCE
         FROM FOURTH COURT OF APPEALS

00180    11/13/2013        2122    0470      0001
DESC: COURT CORRESPONDENCE
         FROM FOURTH COURT OF APPEALS

00181    12/02/2013        2122    9287      0001
DESC: COURT CORRESPONDENCE
         FOURT COURT OF APPEALS- PHILIP M. ROSS

00182    12/30/2013        2124    4290      0002
DESC: COURT CORRESPONDENCE
         FOURTH COURT OF APPEALS TO PHILIP ROSS

00183    03/27/2014        2129    7055      0002
DESC: MANDATE

00186    04/04/2014        2130    1615      0003
DESC: MOTION TO
         RELEASE FUNDS FROM REGISTRY OF THE COURT

00187    04/04/2014        2130    1612      0003
DESC: MOTION FOR
         ENTRY OF ORDER SETTING A HEARING ON
         SECTION 271 APPLICATION

00189    04/07/2014        0000    0000      0000
DESC: MOTION FOR
         CONTINUANCE;MOTION FOR STATUS CONFERENCE
         AND RESPONSE TO MOTION TO RELEASE FUNDS

14

```
                    FROM REGISTRY OF THE COURT
00192    04/23/2014        0000    0000        0000
         DESC: NOTICE
                    COURT - ADVISORY
00193    05/06/2014        2131    9599        0001
         DESC: PROOF OF SERVICE CERTIFIED MAI
                    HON GUY HERMAN
00194    05/23/2014        2133    3502        0005
         DESC: MOTION TO
                    SET ASIDE EXEMPT PERSONAL PROPERTY
00196    06/02/2014        2133    7262        0004
         DESC: MOTION FOR
                    CONTINUANCE
00197    06/02/2014        2133    9092        0003
         DESC: AFFIDAVIT
                    DOUGLAS ULBRICH
00198    06/03/2014        0000    0000        0000
         DESC: PROPOSED ORDER
                    PROPOSED ORDER
00200    07/14/2014        2136    4933        0011
         DESC: APPL. FOR SALE OF REAL ESTATE
00201    07/14/2014        2136    4944        0013
         DESC: APPL. FOR SALE OF REAL ESTATE
00202    07/14/2014        2136    4957        0008
         DESC: APPL. FOR SALE OF REAL ESTATE
00203    07/16/2014        2136    5006        0001
         DESC: NOTICE OF APPL SALE OF REAL ES
                    0.112 ACRES, LOT 15 & 16 NEAR ALLEY
00204    07/16/2014        2136    5007        0001
         DESC: NOTICE OF APPL SALE OF REAL ES
                    LOT 15 , AND 16  IN FRONT
00205    07/16/2014        2136    5008        0001
         DESC: NOTICE OF APPL SALE OF REAL ES
                    NCB 13675 BLK 2 LOT 8
00206    07/21/2014        2136    9588        0003
         DESC: RESPONSE
                    IN OPPOSITION TO APPLICATION FOR SALE OF
                    REAL PROPERTY
00207    07/29/2014        2137    3875        0002
         DESC: MOTION TO
                    SET APPLICATION TO SALE REAL PROPERTY
00213    08/01/2014        2137    7808        0001
         DESC: RECEIPT
                    OF EXHIBITS FROM VERONICA LUGO BOWLES
                    COURT REPORTER PROBATE COURT #2
                    DOH 11/19/2012
00211    08/13/2014        2138    4255        0060
         DESC: RESPONSE
                    TO MOTION FOR APPL. FOR SALE OF REAL PRO
                    PERTY/OBJECTION TO TEMP. ADMINISTRATOR'S
                    VERIFIED EXHIBIT SHOWING CONDITION OF TH
                    E ESTATE
```

15

---

00212     08/13/2014          2138     4247      0008
DESC: ANSWER/RESPONSE
          AND OBJECTION TO DOUGLAS ULBRICH'S MOTIO
          N TO SET ASIDE EXECPT PROPERTY

00214     08/24/2014          0000     0000      0000
DESC: NO FEE DOCUMENTS
          LETTER OF UNAVAILABILITY

00215     08/26/2014          2139     5089      0002
DESC: MEMORANDUM
          FROM CRIST LAW FIRM, PLLC

00216     08/29/2014          0000     0000      0000
DESC: MOTION
          MOTION TO ENTER ORDER CONCERNING ACCOUNT
          ING

00217     08/29/2014          2139     6677      0004
DESC: ANNUAL ACCOUNT
          THIRD

00220     09/19/2014          2141     0035      0006
DESC: RESPONSE
          TO TEMPORARY ADMINISTRATOR'S MOTION FOR
          STATUS CONFERENCE - ROBERT HOPE, DARLENE
          WILSON AND DEBBIE BYRD

00221     09/19/2014          2141     0041      0006
DESC: RESPONSE
          TO TEMPORARY ADMINISTRATOR'S MOTION FOR
          STATUS CONFERENCE - ROBERT HOPE, DARLENE
          WILSON AND DEBBIE BYRD

00222     09/19/2014          0000     0000      0000
DESC: ANSWER/RESPONSE
          ANSWER/RESPONSE

00223     09/22/2014          2141     0032      0003
DESC: RESPONSE
          REPLY TO THE HEIRS OF THE ESTATE OF
          CONSUELLA PERKINS ULBRICH'S RESPONSE TO
          TEMPORARY ADMINISTRATOR'S MOTION FOR
          STATUS CONFERENCE AND MOTION TO STRIKE -
          DOUGLAS J. ULBRICH

00224     10/14/2014          2142     7389      0066
DESC: MOTION FOR SUMMARY JUDGMENT

00225     10/14/2014          2142     6982      0004
DESC: MEMORANDUM
          OF LAW, MTION FOR TRADITIONAL SUMMARY
          JUDGMENT

00226     10/27/2014          0000     0000      0000
DESC: ANSWER/RESPONSE
          ANSWER/RESPONSE OPPOSITION TO MOTION FOR
          SUMMARY JUDGMENT

00231     10/27/2014          2143     6808      0174
DESC: RESPONSE
          IN OPPOSITION TO MOTION FOR SUMMARY
          JUDGMENT

00227     10/29/2014          2144     4521      0041
DESC: REPORT SALE OF REAL ESTATE

16

---

00228   10/29/2014        2144    1954    0003
        DESC: MOTION TO
              ENTER ORDER CONCERNING TRUCK AND
              AUTOMOBILES
00229   10/29/2014        0000    0000    0000
        DESC: MOTION
              MOTION FOR STATUS HARING
00230   10/30/2014        0000    0000    0000
        DESC: APPLICATION IN AN EXISTING EST
              APPLICATION REIMBURSEMENT EXPENSES
00232   11/14/2014        0000    0000    0000
        DESC: MOTION
              MOTION FOR STATUS HEARING
00233   11/14/2014        2144    6778    0002
        DESC: MOTION TO
              APPOINT RECEIVER
00236   11/21/2014        0000    0000    0000
        DESC: NOTICE
              NOTICE APPEAL
00237   11/21/2014        0000    0000    0000
        DESC: NO FEE DOCUMENTS
              NO FEE DOCUMENTS - APPEAL DOCKETING STAT
              EMENT
00238   11/24/2014        2145    5376    0003
        DESC: REQUEST FOR
              APPELLANT'S REQUEST FOR PREPARATION
              OF CLERK'S RECORDS
00239   12/08/2014        61073   0002    0214
        DESC: MOTION FOR
              APPOINT RECEIVER RE:3939 STARHILL
00240   12/09/2014        0000    0000    0000
        DESC: MOTION FOR
              STATUS CONFERENCE


                    * T R I A L    I N F O R M A T I O N *

SEQ     DATE FILED       COURT            SETT. DATE  TIME      ATTY


00037   04/27/2011       002              05/09/2011 09:30AM
        DESC: ORDER SETTING HEARING
              APPLICATION FOR TEMPORARY ADMINISTRATION
00040   05/24/2011       002              05/24/2011 10:30AM
        DESC: HEARING HELD
              APPLICATION FOR ADMINISTRATION AND TO
              DETERMINE HEIRSHIP
00054   01/09/2012       002              01/17/2012 11:00AM
        DESC: ORDER SETTING HEARING
00061   02/14/2012       002              02/28/2012 10:00AM
        DESC: HEARING HELD
00059   03/02/2012       002              03/02/2012 10:00AM
        DESC: HEARING HELD
              MOTION FOR RECONSIDERATION OF HOMESTEAD
              NO ORDERS SIGNED


                                  17

00067    03/20/2012          002         03/20/2012 10:00AM
         DESC: HEARING HELD
                 MOTION TO RECONSIDER
00082    08/03/2012          002         08/10/2012 10:00AM
         DESC: ORDER SETTING HEARING
                 MT TO HAVE AFFIRMATIVE DEFENSES OF
                 RES JUDICATA AND COLLATERAL ESTOPPEL
00094    08/16/2012          002         08/23/2012 09:30AM
         DESC: ORDER SETTING HEARING
                 MOTION TO SUSPEND ENFORCEMENT
00123    10/04/2012          002         10/09/2012 03:30PM
         DESC: ORDER SETTING HEARING
00126    10/04/2012          002         10/09/2012 03:30PM
         DESC: ORDER SETTING HEARING
00128    10/04/2012          002         10/09/2012 03:30PM
         DESC: ORDER SETTING HEARING
                 RULING ON FORMAL BILL OF EXCEPTIONS
00130    10/04/2012          002         10/09/2012 03:30PM
         DESC: ORDER SETTING HEARING
00134    10/09/2012          002         11/19/2012 09:30AM
         DESC: ORDER SETTING HEARING
00136    10/09/2012          002         11/19/2012 09:30AM
         DESC: ORDER SETTING HEARING
00184    04/04/2014          001         04/10/2014 04:00PM
         DESC: ORDER SETTING HEARING
                 MOTION TO RELEASE FUNDS FROM REGISTRY OF
                 COURT
00185    04/04/2014          001         04/10/2014 04:00PM
         DESC: ORDER SETTING HEARING
                 MOTION FOR ENTRY OF ORDER SETTING A
                 HEARING ON SECTION 271 APPL.
00188    04/04/2014          001         04/10/2014 04:00PM
         DESC: ORDER SETTING HEARING
00190    04/09/2014          001         04/10/2014 04:00PM
         DESC: ORDER SETTING HEARING
                 MOTION FOR CONTINUANCE AND MOTION FOR
                 STATUS CONFERENCE
00195    05/23/2014          001         06/05/2014 02:00PM
         DESC: ORDER SETTING HEARING
00208    08/05/2014          001         08/14/2014 09:30AM
         DESC: ORDER SETTING HEARING
                 APPL. FOR SALE OF REAL PROPERTY
00210    08/07/2014          001         08/14/2014 09:30AM
         DESC: ORDER SETTING HEARING
                 MOTION TO SET ASIDE EXEMPT PERSONAL
                 PROPERTY
00218    09/18/2014          001         09/22/2014 01:30PM
         DESC: ORDER SETTING HEARING
                 MOTION TO ENTER ORDER CONCERNING
                 ACCOUNTING FOR INCOME AND EXPENSES BY
                 WILLIAM D. BAILEY
00219    09/15/2014          001         09/22/2014 01:30PM
         DESC: ORDER SETTING HEARING

18

MOTION FOR STATUS HEARING FILED BY

WILLIAM D. BAILEY

00234    11/20/2014         001              11/21/2014 04:00PM

DESC: ORDER SETTING HEARING

MOTION FOR STATUS HEARING

00235    11/20/2014         001              11/21/2014 04:00PM

DESC: ORDER SETTING HEARING

00241    12/09/2014         001              12/16/2014 10:30AM

DESC: ORDER SETTING HEARING

MOTION TO APPOINT RECEIVER, MOTION TO

APPOINT RECEIVER (3939 STARHILL, SAN

ANTONIO, TEXAS) AND MOTION FOR STATUS

CONFERENCE


# * O R D E R    I N F O R M A T I O N *

| SEQ | DATE FILED | JUDGE NAME | VOLUME | PAGE | PAGE CNT | AMOUNT | SOF |
|-----|-----------|------------|--------|------|----------|--------|-----|
| 00001 | 06/21/2011 | TOM RICKHOFF | 2064 | 5976 | 0004 | 0.00 | |

DESC: ORDER APPOINTING TEMPORARY ADM

| 00002 | 07/06/2011 | TOM RICKHOFF | 2065 | 3332 | 0002 | 25000.00 | |

DESC: ORDER APPROVING BOND

| 00003 | 08/26/2011 | OSCAR J. KAZEN | 2068 | 6618 | 0005 | 0.00 | |

DESC: JUDGMENT DECLARING HEIRSHIP

| 00004 | 09/30/2011 | TOM RICKHOFF | 2070 | 4919 | 0001 | 0.00 | |

DESC: ORDER AUTHORIZING EXT OF TIME

EXTENDED UNTIL JANUARY 9, 2012

| 00005 | 12/09/2011 | TOM RICKHOFF | 2074 | 5792 | 0001 | 0.00 | |

DESC: ORDER APPROVING COUNSEL TO WIT

DOUGLAS J. ULRBRICH

| 00006 | 01/13/2012 | TOM RICKHOFF | 2076 | 6055 | 0001 | 0.00 | |

DESC: ORDER AUTHORIZING EXT OF TIME

(SECOND)

| 00007 | 02/13/2012 | TOM RICKHOFF | 2078 | 3800 | 0001 | 0.00 | |

DESC: ORDER

PARTIAL;DOUGLAS J. ULBRICH'S APPLICATION

AND VERIFIED AFFIDAVIT OF DOUGLAS J.

ULBRICH,SURVIVING SPOUSE,TO SET A SIDE

EXEMPT PROPERTY INCLUDING HOMESTED AND

SEPARATE PROPERTY PURSUANT TO TX PROBATE

CODE SECTION 271

| 00008 | 06/08/2012 | OSCAR J. KAZEN | 2085 | 6371 | 0005 | 0.00 | |

DESC: ORDER

OF AUTHORIZATION

| 00010 | 07/17/2012 | TOM RICKHOFF | 2088 | 2858 | 0001 | 0.00 | |

DESC: ORDER GRANTING

MOTION FOR SUBSTITUTED SERVICE

| 00011 | 07/17/2012 | TOM RICKHOFF | 2088 | 2859 | 0001 | 0.00 | |

DESC: ORDER GRANTING EXTENSION TO FI

| 00012 | 08/10/2012 | TOM RICKHOFF | 2089 | 4512 | 0002 | 0.00 | |

DESC: ORDER

FINDING RES JUDICATA AND COLLATERAL

ESTOPPEL APPLY

00013  08/10/2012  TOM RICKHOFF          2089   4320   0005      0.00
       DESC: ORDER
              AWARDING EXEMPT PROPERTY
00014  08/23/2012  TOM RICKHOFF          2093   6203   0002      0.00
       DESC: ORDER DENYING
              ULBRICH'S MOTION TO SUSPEND ENFORCEMENT
              AND ORDER GRANTING HEIRS MOTION FOR
              SANCTIONS
00015  08/23/2012  TOM RICKHOFF          2093   6205   0003      0.00
       DESC: ORDER DENYING
              ULBRICH'S MOTION FOR RECONSIDERATION OF
              ORDER DATED AUGUST 10, 2012 AND ORDER
              GRANTING HEIRS MOTION FOR SANCTIONS
00016  08/23/2012  TOM RICKHOFF          2093   6203   0002      0.00
       DESC: ORDER DENYING
              DOUGLAS ULBRICH'S MOTION TO SUSPEND
              ENFORCEMENT AND MOTION FOR SANCTIONS
00019  08/29/2012  TOM RICKHOFF          2094   6391   0001      0.00
       DESC: ORDER APPROVING INVENTORY
00018  09/05/2012  TOM RICKHOFF          2095   6901   0001      0.00
       DESC: ORDER
00021  11/19/2012  TOM RICKHOFF          2098   6175   0002      0.00
       DESC: ORDER ALLOWING
00022  11/29/2012  TOM RICKHOFF          2099   0309   0001      0.00
       DESC: ORDER GRANTING EXT OF TIME TO
00023  12/10/2012  TOM RICKHOFF          2099   7287   0007      0.00
       DESC:
              FINDINGS OF FACT AND CONCLUSIONS OF LAW
00024  12/14/2012  TOM RICKHOFF          2096   2553   0001      0.00
       DESC: ORDER
              REFUSING SUPPLEMENT TO FORMAL BILL OF
              EXCEPTIONS
00025  12/14/2012  TOM RICKHOFF          2095   0455   0001      0.00
       DESC: ORDER
              REFUSING FORMAL BILL OF EXCEPTIONS
00026  01/09/2013  TOM RICKHOFF          2101   1105   0001      0.00
       DESC: ORDER GRANTING
              HEIRS MOTION FOR COURT ORDRD SIGNATURES
              ON VEHICLE TITLES AND DELIVERY OF TITLE
00027  03/27/2013  TOM RICKHOFF          2106   4260   0001      0.00
       DESC: ORDER GRANTING EXTENSION TO FI
              EXTENDED TO 04-15-2013
00028  05/08/2013  TOM RICKHOFF          2108   9026   0001      0.00
       DESC: ORDER APPROVING ANNUAL ACCOUNT
              FIRST
00029  07/19/2013  TOM RICKHOFF          2113   6467   0001      0.00
       DESC: ORDER
              FIRST APPLICATION FOR EXTENTION OF TIME
              IN WHICH TO FILE SECOND ANNUAL ACCOUNT
00030  09/23/2013  TOM RICKHOFF          2118   5101   0001      0.00
       DESC: ORDER APPROVING ANNUAL ACCOUNT
00031  02/14/2014  TOM RICKHOFF          2127   1738   0001      0.00
       DESC: ORDER

---

OF REFERRAL

00032  04/23/2014  POLLY JACKSON SPENCE    2131   7365    0002    2250.00
DESC: ORDER AUTHORIZING EXPEND FUNDS
        RELEASE FUNDS FROM REGISTRY OF THE COURT

00033  04/23/2014  POLLY JACKSON SPENCE    2131   8162    0002     0.00
DESC: ORDER GRANTING
        MTN FOR STATUS CONSERENCE AND MRT TO
        RELEASE FUNDS FROM REGISTRY OF THE COURT

00034  08/05/2014  POLLY JACKSON SPENCE    2137   7854    0001     0.00
DESC: ORDER GRANTING
        MOTION TO SET APPLICATIONS FOR SALE OF
        REAL PROPERTY

00035  08/07/2014  POLLY JACKSON SPENCE    2138   9405    0002     0.00
DESC: ORDER GRANTING
        HEARING 08/14/14  (FIAT)

00036  08/14/2014  POLLY JACKSON SPENCE    2138   5055    0003     0.00
DESC: ORDER
        OF SALE OF REAL PROPERTY - 1002 17TH
        STREET, HONDO, MEDINA COUNTY, TEXAS

00037  08/14/2014  POLLY JACKSON SPENCE    2138   5058    0002     0.00
DESC: ORDER
        OF SALE OF REAL PROPERTY - 3939 STARHILL
        DRIVE, SAN ANTONIO, BEXAR COUNTY, TEXAS
        78218

00038  08/14/2014  POLLY JACKSON SPENCE    2138   5060    0003     0.00
DESC: ORDER
        OF SALE OF REAL PROPERTY - 1608 AVENUE
        J., HONDO, MEDINA COUNTY, TEXAS

00039  09/15/2014  TOM RICKHOFF            2140   4867    0001     0.00
DESC: ORDER GRANTING
        SET 09/22/14   FIAT

00040  09/22/2014  POLLY JACKSON SPENCE    2141   1331    0006     0.00
DESC: ORDER GRANTING
        MTN TO ENTER ORDER CONCERNING ACCT FOR
        INCOME AND EXPENSES BY DOUGLAS ULBRICH

00041  11/05/2014  POLLY JACKSON SPENCE    2144   1957    0002     0.00
DESC: ORDER GRANTING
        MOTION TO ENTER ORDER CONCERNING TRUCK
        AND AUTOMOBILES

00042  11/05/2014  POLLY JACKSON SPENCE    2144   1959    0001     0.00
DESC: ORDER GRANTING
        MOTION TO ENTER ORDER CONCERNING
        INSURANCE ON MOBILE HOME

00043  11/05/2014  POLLY JACKSON SPENCE    2144   1960    0003     0.00
DESC: ORDER GRANTING
        FIRST APPLICATION FOR REIMBURSEMENT OF
        EXPENSES BY WILLIAM D. BAILEY PERTAINING
        TO 3939 STARHILL

00044  11/06/2014  POLLY JACKSON SPENCE    2144   1963    0002     0.00
DESC: ORDER GRANTING
        MOTION FOR SUMMARY JUDGMENT

00045  11/12/2014  POLLY JACKSON SPENCE    2144   4559    0003     0.00
DESC: ORDER CONFIRMING SALE OF REAL

21

---

# * B O N D    I N F O R M A T I O N *

SEQ      DATE FILED    PRINCIPAL

00001    07/06/2011   WILLIAM D. BAILEY

  AGENT: RANDALL C. BRISTOW                          AMOUNT:     25000.00

  SURETY: WESTERN SURETY CO.

  REASON: TEMPORARY ADMINISTRATOR                     FORM: CORPORATE

  RELEASE DATE:

# I N D E X

CAPTION _____ 24

1. MOTION FOR SUMMARY JUDGMENT _____ 25-90
              FILED 10-14-2014

2. MEMORANDUM OF LAW MOTION FOR TRADITIONAL SUMMARY
JUDGMENT _____ 91-94
              FILED 10-14-2014

3. RESPONSE IN OPPOSITION TO MOTION FOR SUMMARY
JUDGMENT _____ 95-268
              FILED 10-28-2014

4. ORDER GRANTING MOTION FOR SUMMARY JUDGMENT _____ 269-270
              FILED 11-05-2014

5. NOTICE OF APPEAL _____ 271-273
              FILED 11-24-2014

6. APPELLANTS REQUEST FOR PREPARATIONS OF CLERK'S
RECORD _____ 274-276
              FILED 11-25-2014

BILL OF COST _____ 277

CERTIFICATE _____ 278

THE STATE OF TEXAS

COUNTY OF BEXAR

In the PROBATE COURT #2 of Bexar County, Texas, the Honorable JUDGE, POLLY JACKSON SPENCER presiding, the following proceedings were held and the following instruments and other documents were filed in this cause to wit:

Trial Court Cause No. 2011PC0686

IN THE ESTATE OF                                         IN THE PROBATE COURT 1

CONSUELLA PERKINS ULBRICH

DECEASED

BEXAR COUNTY, TEXAS

24

# TAB 2

# TRIAL COURT ORDERS

| IN THE ESTATE OF | § | IN THE PROBATE COURT |
|---|---|---|
| | § | |
| CONSUELLA PERKINS ULBRICH, | § | NUMBER 1 (*on transfer from Probate #2*) |
| | § | |
| DECEASED | § | BEXAR COUNTY, TEXAS |

## ORDER GRANTING MOTION FOR SUMMARY JUDGMENT

On the 5TH day of November, 2014, came on to be heard the *Motion for Summary Judgment* filed by the Heirs of the Estate of Consuella Perkins Ulbrich, Robert Hope, Darlene Wilson, and Debbie Byrd; and, after hearing the argument of Counsel, the Court:

GRANTS the *Motion for Summary Judgment;*

FINDS, as a matter of law, that at the time of death of Consuella Perkins Ulbrich, the Homestead of Decedent existed at 3939 Starhill, San Antonio, Texas;

FINDS, as a matter of law, that the Texas Constitution's Survivor Homestead granted to Douglas Ulbrich, surviving spouse of Conseulla Perkins Ulbrich, deceased, existed at 3939 Starhill, San Antonio, Texas;

FINDS, as a matter of law, that Douglas Ulbrich has voluntarily abandoned and discontinued use of the Texas Constitution's Survivor Homestead located at 3939 Starhill, San Antonio, Texas;

FINDS, as a matter of law, that Douglas Ulbrich cannot transfer the Texas Constitution's Survivor Homestead to any other property;

Signed: _Nove mber 5th_, 2014

FILED

NOV 05 2014

GERARD RICKHOFF
CLERK PROBATE COURT NO. 1
BEXAR COUNTY, TEXAS
By _____ DEPUTY

JUDGE PRESIDING

1

V02144P1963

269

**APPROVED AS TO FORM**:

KRISTINE ARLITT, pLLC


By: _____
Kristine Arlitt, Attorney at Law
Texas Bar Number 24034117
206 East Locust Street
San Antonio, Texas 78212
PO Box 90771
San Antonio, Texas 78209
Telephone:          210-821-6101
Cellular:           210-269-6101
Facsimile:         210-821-6105
*Attorney for the Heirs, Robert Hope, Darlene Wilson, and Debra Byrd*



_____
Philip M. Ross
Attorney at Law
Texas Bar Number 17304200
1006 Holbrook Road
San Antonio, Texas 78218
*Attorney for Douglas Ulbrich*



_____
William Bailey
Attorney at Law
Texas Bar Number _____
1100 NW Loop 410, Suite 700
San Antonio, Texas 78213
*Court Appointed Temporary Administrator*

2

# TAB 3

# NOTICE OF APPEAL

ACCEPTED
04-14-00812-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
11/21/2014 2:16:29 PM
KEITH HOTTLE
CLERK

NO. 2011-PC-0686

| | | |
|---|---|---|
| IN THE ESTATE OF | § | IN THE PROBATE COURT |
| | § | |
| CONSUELLA PERKINS ULBRICH | § | NO. 1 |
| | § | |
| DECEASED | § | BEXAR COUNTY, TEXAS |

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE POLLY JACKSON SPENCER:

Now comes, DOUGLAS J. ULBRICH, surviving spouse in the above styled and numbered cause, and files this Notice of Appeal pursuant to TRAP Rule 25.1, and in support thereof would show the Court as follows:

1. Douglas Ulbrich hereby gives notice of appeal from the Order Granting Motion for Summary Judgment dated November 5, 2014 in Cause No. 2011 PC 0686, styled IN THE ESTATE OF CONSUELLA PERKINS ULBRICH, DECEASED, pending in the Probate Court No. 1, Bexar County, Texas.

2. The date of the Order appealed from is November 5, 2014. The Order appealed from includes the Order Granting Motion for Summary Judgment signed and entered on November 5, 2014.

3. Douglas J. Ulbrich desires to appeal.

4. Douglas J. Ulbrich desires to appeal to the Fourth Court of Appeals, San

1

Antonio, Texas.

5.    Douglas J. Ulbrich is the party filing this appeal.

6.    This Notice of Appeal is being filed pursuant to TRAP Rule 26.1 within thirty days of the signing and entry of the order, from which this appeal is taken.

7.    This Notice of Appeal is being served on all parties to the court's Order Granting Motion for Summary Judgment dated November 5, 2014.

WHEREFORE, PREMISES CONSIDERED, Douglas J. Ulbrich hereby files this notice of appeal. Douglas J. Ulbrich prays for such other and further relief, at law or in equity, as he may be justly entitled.

Respectfully submitted,

Philip M. Ross
1006 Holbrook Road
San Antonio, Texas 78218
Phone: 210/326-2100
Email: ross_law@hotmail.com

By:    /s/  Philip M. Ross
       Philip M. Ross
       State Bar No. 17304200
       Attorney for Douglas J. Ulbrich

## CERTIFICATE OF SERVICE

I certify that on November 21, 2014, a true and correct copy of the foregoing was e-filed and served in accordance with the TRAP Rule 25.1(e) and Texas Rules of Civil Procedure on the following:

Kristine Arlitt                    William D. Bailey
206 E. Locust St.                  1100 N. W. Loop 410, Suite 700
San Antonio, Texas 78209            San Antonio, TX 78213

                                   /s/  Philip M. Ross
                                   Philip M. Ross